The Honorable John C. Coughenour

FILED ____ ENTERED
____ LODGED ____ RECEIVED

NOV 26 2019

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>NICHOLAS "NIKKI" ARMSTRONG,<br><br>Defendant. | NO. CR19-243 JCC<br><br>WAIVER OF INDICTMENT |

I, Nicholas "Nikki" Armstrong, having been advised of the nature of the charge and that it is punishable by imprisonment for a term exceeding one year, and having been advised of my right to prosecution by Indictment pursuant to Rule 7(a) of the Federal Rules of Criminal Procedure; having been advised that pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure I may waive prosecution by Indictment and may be

//
//
//
//
//

WAIVER OF INDICTMENT
CR19-243 JCC / ARMSTRONG - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

prosecuted by Information, do knowingly, and with advice of counsel, waive in open court my right to be prosecuted by Indictment and do hereby consent to prosecution by Information.

DATED this 26th day of November 2019.

_____
NICHOLAS "NIKKI" ARMSTRONG
Defendant

_____
COREY ENDO
Attorney for Defendant

_____
MARIE DALTON
Assistant United States Attorney

Approved:

_____
MICHELLE L. PETERSON
United States Magistrate Judge

WAIVER OF INDICTMENT
CR19-243 JCC / ARMSTRONG - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970