THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>NICHOLAS ARMSTRONG,<br><br>　　　　　　　　Defendant. | CASE NO. CR19-0243-JCC<br><br>MINUTE ORDER |

　　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　　This matter comes before the Court *sua sponte*. Defendant is scheduled to appear before the Court for a sentencing hearing on November 17, 2020. Presently, because of the health risks posed by the COVID-19 pandemic, the Court is unable to conduct in-person hearings. However, the Court may conduct a felony sentencing hearing by video conference, if the Court finds that the sentencing cannot be further delayed without serious harm to the interests of justice. *See* W.D. Wash., General Order No. 14-20 (Sept. 24, 2020), 04-20 (Mar. 30, 2020). Consistent with the Court's procedures, as articulated on the District's website (https://www.wawd.uscourts.gov/judges/coughenour-procedures), Defendant must move for a remote hearing at least seven (7) days prior to the proceeding. Defendant is INSTRUCTED to so move, should he wish to go forward with the sentencing hearing scheduled for November 17, 2020.

DATED this 15th day of October 2020.

                                                      William M. McCool
                                                      Clerk of Court

                                                      s/Tomas Hernandez
                                                      Deputy Clerk