From: Elise Hale-Case                                                                                         April 30, 2021
Seattle Counseling Service

To the Judge and Prosecuting Attorney assigned to the case of Nikki Armstrong,

Nicholas "Nikki" Armstrong (DOB: ███████) has been under my care as a mental health provider since December 2019. She has consistently attended bi-monthly sessions and is being treated for F31.0 Bipolar Disorder.

Having spent the majority of the year sheltering into place due to the COVID-19 pandemic, it is my strong clinical judgement that Nikki's mental health would most certainly deteriorate were she to be required to be on house arrest, further extending her confinement to her home.

Please feel free to reach out with any further questions.

Sincerely,

*[signature]*

**Elise Hale-Case, MA, LMHC, CDP** | *She/Her*
**Mental Health Therapist / CDP**
Seattle Counseling Service

**T:** 206-323-1768 x 121
**E:** elisehc@seattlecounseling.org
**www.seattlecounseling.org**