THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>   v.<br>NICHOLAS "NIKKI" ARMSTRONG,<br><br>                Defendant. | CASE NO. CR19-0243-JCC<br><br>ORDER |

This matter comes before the Court on Defendant's unopposed motion to modify the conditions of confinement (Dkt. No. 34). Defendant seeks to modify her conditions of home confinement to include use of a Smart Link phone-based application rather than GPS monitoring via an ankle-bracelet. (*Id.* at 1–2.) Defendant seeks this modification to allow her to work over the course of her confinement. (*Id.*) Neither the Government nor U.S. Probation and Pretrial Services oppose this request. (*Id.*) Finding good cause, the motion is GRANTED.

Special supervision condition number six (Dkt. No. 33 at 4) is modified by striking the following requirement: "The defendant shall participate in the location monitoring program with Global Positioning Satellite Technology for a period of 4 months." That requirement is replaced with the following requirement: "The defendant shall participate in the location monitoring program with SmartLink technology for a period of four months."

//

1   DATED this 14th day of May 2021.

*[signature: John C. Coughenour]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR19-0243-JCC
PAGE - 2